DAVID YEREMIAN & ASSOCIATES, INC.
David Yeremian (SBN 226337)
David@yeremianlaw.com
Natalie Haritoonian (SBN 324318)
Natalie@yeremianlaw.com
2540 Foothill Blvd., Suite 201
La Crescenta, CA 91214
Telephone: (818) 230-8380
Facsimile: (818) 230-0308

Attorneys for Plaintiff RYAN CARTER

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Paul S. Cowie (SBN 250131)
pcowie@sheppardmullin.com
John D. Ellis (SBN 269221)
jellis@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

Attorneys for Defendant SWIFT TRANSPORTATION CO. OF ARIZONA, LLC

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| RYAN CARTER an individual, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SWIFT TRANSPORTATION CO. OF ARIZONA, LLC, a Delaware limited liability company; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 5:20-cv-01383-VAP-KK<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING JOINT REQUEST FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)** |

[PROPOSED] ORDER RE JOINT STIPULATION AND REQUEST FOR DISMISSAL

-- 1 --

1
2
3
4
5
6
7

## ORDER

8
9   The Court has reviewed and considered the Joint Request for Dismissal
10  Pursuant to Federal Rule of Civil Procedure 41(a). Accordingly, the Court
11  dismisses the class claims without prejudice and Plaintiff's individual claims with
12  prejudice.

**IT IS SO ORDERED.**

13
14  DATED: _6/15/23_____
15  _____
                                             The Honorable Virginia A. Phillips
16                                           JUDGE OF THE DISTRICT COURT
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER RE JOINT                -- 2 --
STIPULATION AND REQUEST
FOR DISMISSAL